United States Bankruptcy Court
Eastern District of North Carolina

In Re:
**Judith Elaine LaJoye**

Case No. _____

Debtor.   Chapter  13

### AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C § 329(a) and Bankruptcy Rule 2016(b), I certify that compensation paid to the Law Offices of John T. Orcutt, P.C. (hereinafter "law firm"), within one year before the filing of the petition in bankruptcy, or agreed to be paid, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case is as follows:

   For legal services, the law firm has agreed to accept                                    S  **4,950.00**

   Plus unreimbursed necessary expenses the law firm advanced on behalf of the Debtor, including the following:

   | | |
   |---|---|
   | Filing fee | $ 310.00 |
   | Credit Counseling Certification fee | $ 15.00 |
   | Cost of credit report(s) ($10 each) | $ 10.00 |
   | County Clerk judgment search(es) ($10 each) | $ 10.00 |
   | <u>Minus</u>: Prior to the filing of this statement the lawfirm has received from or on behalf of the Debtor toward reimbursement of these expenses a total of | $ (0.00) |

   <u>Equals</u>: Total unreimbursed expenses                                                $  **345.00**

   Prior to the filing of this statement the lawfirm has received from or on behalf of the Debtor toward payment for legal services a total of                    $  **0.00**

   Balance Due (including legal services plus unreimbursed expenses)                $  **5,295.00**

2. **$310.00** of the filing fee has been paid.
3. The source of the compensation paid to me was:    ■ Debtor    ☐ Other (specify): NONE
4. The source of compensation to be paid to me is:    ☐ Debtor    ■ Other (specify): Chapter 13 Plan

5. ■ the law firm has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of the law firm.
   ☐ the law firm has agreed to share the above-disclosed compensation with a person or persons who are not members or associates of the law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, the law firm has agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file a petition in bankruptcy;
   b. Preparation of the filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the Debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Exemption planning, Means Tests planning, and other items if specifically included in attorney/client fee contract or required by Bankruptcy Court local rule.
   e. Payment, on behalf of the Debtor, of necessary expenses, including the Court filing fee of $310, the Credit Counseling Certification fee of $34 (in most cases), and the cost of obtaining credit report at $10 per Debtor (in most cases), <u>minus</u> the amount, if any, indicated above received from or on behalf of the Debtor prior to filing.

7. By agreement with the Debtor, the above-disclosed fee does not include the following service:  Representation of the Debtor in any dischargeability actions, judicial lien avoidances, relief from stay motions or adversary proceedings, and any other items specifically excluded in the attorney/client fee contract or excluded by Bankruptcy Court local rule.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of and reimbursement of expenses, if any, paid on behalf of the Debtor in this bankruptcy proceeding.

Dated: _____                        s/ Matthew Schmidt

(edocs.wpt)(rev. 10/25/16)

Matthew Schmidt
The Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Road. Raleigh, NC 27615
(919) 847-9750   Fax: (919) 847-3439
Email: postlegal@johnorcutt.com